**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00240-CV

**FLEX CAPITAL TRANSPORT, LLC. D/B/A FLEX FRAC OILFIELD AND FLEXFRAC PROPPANT SAND SUPPLIER, Appellants**

**V.**

**MUSKIE PROPPANT LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00869**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated March 15, 2016, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed. Also by postcard dated March 15, 2016, we notified the court reporter that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, the reporter's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for or made arrangements to pay for the record. *We notify appellants that if we receive*

*verification they have not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Sheretta Martin, official court reporter for the 162nd Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellants have not paid for or made arrangements to pay for the record. *We notify appellants that if we receive verification they have not requested or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Felicia Pitre
Dallas County District Clerk

Sheretta Martin
Official Court Reporter, 162nd Judicial District Court

All parties

/s/     ELIZABETH LANG-MIERS
          JUSTICE